# United States District Court

SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

FILED U.S. DISTRICT COURT
2007 SEP 24 P 2: 22

Jimmie Lee Ellison

Case Number: CR298-00006-001

USM Number: 06649-021

Dale Jenkins
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of a mandatory condition of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 16, 2007 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No:

Defendant's Date of Birth:

September 21, 2007
Date of Imposition of Judgment

Defendant's Residence Address:
Hwy 99 and Swamp Road
Meridian, Georgia 31319

Signature of Judge

Defendant's Mailing Address:
P.O. Box 111
Meridian, Georgia 31319

Judge, U.S. District Court
Name and Title of Judge

9-24-07
Date

DEFENDANT: Jimmie Lee Ellison
CASE NUMBER: CR298-00006-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>6 months</u>.

[X] The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be imprisoned at the facility located in Jesup, Georgia.

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

                                                United States Marshal

                                  By _____

                                          Deputy United States Marshal